THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GURUNAM S. KOCHHAR, *et al.*,<br><br>         Plaintiffs,<br><br>  v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>         Defendant. | CASE NO. C21-1192-JCC<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    The Court understands that the parties have reached a settlement resolving all claims. (*See* Dkt. No. 6.) Accordingly, it is hereby ORDERED that: (1) Defendant's motion for partial summary judgment (Dkt. No. 15) is STAYED; and (2) within 60 days of this order, the parties must file a notice of voluntary dismissal or show cause why this case should not be dismissed based on the settlement.

    DATED this 7th day of June 2022.

                                                                           Ravi Subramanian
                                                                          Clerk of Court

                                                                          *s/Sandra Rawski*
                                                                          Deputy Clerk